```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14777
   TOBY LEE TAYLOR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7863


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/15/2007 and was not confirmed.

   The case was dismissed without confirmation 11/21/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------

THE DIAMOND CENTER         SECURED             380.00           .00             .00
WESTLAKE FINANCIAL SERVI   SECURED VEHIC      9152.00           .00             .00
WESTLAKE FINANCIAL SERVI   UNSECURED         NOT FILED          .00             .00
BANK OF AMERICA            UNSECURED         NOT FILED          .00             .00
CASHNETUSA                 UNSECURED         NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED          .00             .00
ASPIRE                     UNSECURED          1250.72           .00             .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED          .00             .00
EMCC                       UNSECURED         NOT FILED          .00             .00
PREMIER BANKCARD           UNSECURED           309.69           .00             .00
HARRIS                     UNSECURED         NOT FILED          .00             .00
HSBC NV                    UNSECURED         NOT FILED          .00             .00
HSBC NV                    UNSECURED         NOT FILED          .00             .00
PENTAGROUP FINANCIAL LLC   UNSECURED         NOT FILED          .00             .00
PLAINS COMMERCE BANK       UNSECURED           213.70           .00             .00
VISA                       UNSECURED         NOT FILED          .00             .00
ASPIRE                     UNSECURED              .00           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,343.00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                             362.80

   Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               362.80

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                             362.80
                   --------------      --------------
TOTALS                362.80              362.80

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14777 TOBY LEE TAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 02/27/08　　　　　　　　　　　/s/ Tom Vaughn
    　　　　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　TOM VAUGHN
    　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE